UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FARMER BROTHERS COMPANY, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CV-01371-PMP-CWH |
| RICKY ALBRECHT, ) | ORDER |
| Defendant. ) | |

     IT IS ORDERED that the Court will hold a hearing on Plaintiff's Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause Regarding Issuance of Preliminary Injunction (Doc. #2) on Wednesday, August 31, 2011 at 1:30 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

     IT IS FURTHER ORDERED that Plaintiff immediately shall notify Defendant of the hearing, and shall forthwith serve Defendant with any documents that are presently on file in this action, together with a copy of this Order.

DATED: August 25, 2011

_____
PHILIP M. PRO
United States District Judge