# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

1
2
3
4
5
6
7
8
9

FARMER BROTHERS
COMPANY,

               Plaintiff,

     v.

RICKY ALBRECHT,

            Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. 2:11–CV-1371-PMP-(CWH)

10

## STIPULATION OF DISMISSAL

11   The parties wish to advise the Court that the parties have resolved the issues

12   between them; thereby obviating the need for further litigation.  In light of the foregoing,

13   and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully

14   request that the Court dismiss the above-captioned matter (with prejudice) with each

15   party to bear its own attorney's fees and costs.  A proposed Order is attached herewith.

Respectfully submitted,

/s/ Jeffrey Winchester
_____
Jeffrey Winchester, Esq.
JACKSON LEWIS, LLP
3800 Howard Hughes Parkway, #600
Las Vegas, Nevada 89169
Tele: (702) 921-2460
Fax: (702) 921-2461

Attorney for Farmer Brothers Company

Dated: April 11, 2012

/s/ Paul S. Padda
_____
Ruth L. Cohen, Esq.
Paul S. Padda, Esq.
COHEN & PADDA, LLP
4240 West Flamingo Road, #220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

Attorneys for Ricky Albrecht

Dated: April 11, 2012

1

2
# UNITED STATES DISTRICT COURT
3
# DISTRICT OF NEVADA

4
**FARMER BROTHERS**
**COMPANY,**
5
                    )
                    )
                  Plaintiff,  )   Case No. 2:11–CV-1371-PMP-(CWH)
6
                    )
        v.          )
7
                    )
**RICKY ALBRECHT,**  )
8
                    )
                  Defendant.  )
9
_____ )

10
## Order

Pursuant to a stipulation dated April 11, 2012, the parties to the above-captioned
11
action request dismissal (with prejudice) of this case upon the grounds that the parties
12
have resolved the issues between them.  In support of their request, the parties cite
13
Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court having reviewed the parties'
14
stipulation, it is hereby ordered that the stipulation is approved.  This case is hereby
15
dismissed (with prejudice) with each party to bear its own attorney's fees and costs.
16

17
_____
18
United States District Judge
19
April _ 12, 2012.

20

21

22

23

24

25

26